IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                                          PLAINTIFF

VS.                              CRIMINAL NO. 5:24-50014-001-TLB

SHELLY KETCHER                                                                                    DEFENDANT

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3), Local Rule 72.1 ¶ XII, and General Order No. 40, this matter was referred to the undersigned for the purposes of conducting a waiver of indictment and plea to an information hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure.  Such a hearing was conducted on April 26, 2024, and, pursuant to a written plea agreement, the Defendant, Shelly Ketcher, entered a plea of guilt to Count One in the Information charging her with money laundering in violation of 18 U.S.C. § 1957, and a plea of guilty to Count Two in the Information charging her with filing a false federal income tax return in violation of 26 U.S.C. § 7206(1).  After conducting the hearing in the form and manner prescribed by Rule 11, the undersigned finds:

    1.    The Defendant proceeded with counsel, who previously had been appointed in a related matter, and upon inquiry, Defendant expressed satisfaction and approval of doing so.  (ECF Nos. 7, 8, 9).

    2.    The Defendant waived indictment (ECF No. 4) and was charged in a two-count Information filed by the United States on April 26, 2024. (ECF No. 5).

    3.    The Defendant, after consultation with her counsel, has knowingly and voluntarily consented, both in writing in the plea agreement and on the record at the hearing, to the entry of her

guilty pleas to both counts contained in the information before the undersigned, with Defendant's pleas of guilt subject to final approval by United States District Judge Timothy L. Brooks.

4. The Defendant and the Government have entered into a written plea agreement which has been disclosed in open court pursuant to Rule 11(c)(2), and the undersigned has directed that the plea agreement be filed. (ECF No. 12).

5. The Defendant is fully competent and capable of entering informed pleas; the Defendant is aware of the nature of the charges, the applicable maximum penalties, and the consequences of the pleas; Defendant is fully satisfied with her counsel and has had sufficient time to consult with counsel; and Defendant's pleas of guilt are knowing and voluntary pleas supported in each count by an independent basis in fact containing each of the essential elements of the offense.

6. The Defendant understands her constitutional and statutory rights and wishes to waive these rights.

7. The parties were informed, both in writing in the plea agreement and on the record at the hearing, of their right to file written objections within fourteen (14) days after receipt of this Report and Recommendation. To expedite acceptance of the guilty plea, the parties waived, both on the record and in writing in the plea agreement, their right to file objections.

8. Based on the foregoing, the undersigned recommends that Defendant's guilty pleas on Count One and Count Two be accepted. The written plea agreement will be subject to approval by the District Judge at the time of sentencing.

DATED this 26th day of April 2024.

*Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE